Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org
Zoë N. McKinney, SBN 312877
zmckinney@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211/Fax: (213) 977-5297

Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
Emilou MacLean, SBN 319071
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Pkwy, Suite 106
Pasadena, CA 91105
Telephone: 626-799-2160
Fax: (626) 799-3560

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY, SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA.<br><br>    *Defendants*. | Case No. 3:19-CV-00731-JST<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

Additional Counsel for Plaintiffs

Alycia A. Degen, SBN 211350
adegen@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000/Fax: (213) 896-6600

Laboni Hoq, SBN 224140
lhoq@advancingjustice-la.org
Christopher Lapinig, SBN 322141
clapinig@advancingjustice-la.org
Michelle (Minju) Cho, SBN 321939
mcho@advancingjustice-la.org
ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES
1145 Wilshire Blvd., 2nd Floor
Los Angeles, CA 90017
Telephone: (213) 977-7500/Fax: (213) 977-7500

Jingni (Jenny) Zhao, SBN 284684
Jennyz@advancingjustice-alc.org
Winifred Kao, SBN 241473
winifredk@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701/Fax: (415) 896-1702

Tami Weerasingha-Cote, SBN 995355 (Washington, D.C.)*
tweerasi@sidley.com
Ava X. Guo, SBN 1027694 (Washington, D.C.)*
aguo@sidley.com
Kimberly Leaman, SBN 85925 (Virginia)*
kimberly.leaman@sidley.com
Tyler Domino, SRN 5614631 (New York)*
tdomino@sidley.com
Jon Dugan, SBN 93480 (Virginia)*
jdugan@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington D.C., 20005
Telephone: (202) 736-8000/Fax: (202) 736-8711

Attorneys for Plaintiffs.

*pro hac vice application forthcoming

**Plaintiffs' Certification Of Interested Entities Or Persons**

Upon making a first appearance in any proceeding in the Northern District of California, each party must file a "certification of interested entities or persons." Under Civil L.R. 3-15(a)(1) the certification must disclose "any persons, associations of persons, firms, partnerships, corporations, (including parent corporations), or other entities other than the parties themselves known by the party to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceedings; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding."

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than the named parties, counsel is not aware of any such interest to report.

Date: February 11, 2019                     Respectfully submitted,

SIDLEY AUSTIN LLP

/s/ *Alycia A. Degen*
Alycia A. Degen
Sean A. Commons
Tami Weerasingha-Cote
Ava Guo
Kimberly Leaman
Tyler Domino
Jon Dugan

ACLU OF SOUTHERN CALIFORNIA
Ahilan T. Arulanantham
Zoë N. McKinney

NATIONAL DAY LABORER ORGANIZING NETWORK
Jessica Karp Bansal
Emilou MacLean

ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES
Laboni Hoq
Christopher Lapinig
Michelle (Minju) Cho

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ASIAN AMERICANS ADVANCING
JUSTICE – ASIAN LAW CAUCUS
Jingni (Jenny) Zhao
Winifred Kao

*Attorneys for Plaintiffs*