Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org
Zoë N. McKinney, SBN 312877
zmckinney@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211/Fax: (213) 977-5297

Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
Emilou MacLean, SBN 319071
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Pkwy, Suite 106
Pasadena, CA 91105
Telephone: 626-799-2160
Fax: (626) 799-3560

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY, SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA.<br><br>Defendants. | Case No. 3:19-cv-00731-JST<br><br>**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING - CASE NO. 3-19-CV-00731-JST

Additional Counsel for Plaintiffs

Alycia A. Degen, SBN 211350
adegen@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000/Fax: (213) 896-6600

Laboni Hoq, SBN 224140
lhoq@advancingjustice-la.org
Christopher Lapinig, SBN 322141
clapinig@advancingjustice-la.org
Michelle (Minju) Cho, SBN 321939
mcho@advancingjustice-la.org
ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES
1145 Wilshire Blvd., 2nd Floor
Los Angeles, CA 90017
Telephone: (213) 977-7500/Fax: (213) 977-7500

Jingni (Jenny) Zhao, SBN 284684
Jennyz@advancingjustice-alc.org
Winifred Kao, SBN 241473
winifredk@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701/Fax: (415) 896-1702

Tami Weerasingha-Cote, SBN 995355 (Washington, D.C.)*
tweerasi@sidley.com
Ava X. Guo, SBN 1027694 (Washington, D.C.)*
aguo@sidley.com
Kimberly Leaman, SBN 85925 (Virginia)*
kimberly.leaman@sidley.com
Tyler Domino, SRN 5614631 (New York)*
tdomino@sidley.com
Jon Dugan, SBN 93480 (Virginia)*
jdugan@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington D.C., 20005
Telephone: (202) 736-8000/Fax: (202) 736-8711

Attorneys for Plaintiffs.

*pro hac vice application forthcoming

PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING - CASE NO. 3-19-CV-00731-JST

**Notice of Pendency Of Other Action Or Proceeding**

Under Civil L.R. 3-13(a), whenever a party knows or learns that an action filed in the Northern District of California involves "all or a material part of the same subject matter and all or substantially all of the same parties" as another action that is pending in any other federal court, the party must file and serve a "notice of pendency of other action or proceeding." Plaintiffs are currently aware of one lawsuit pending in this District and four lawsuits pending in federal courts outside of this District challenging the process by which the Department of Homeland Security terminated Temporary Protected Status ("TPS"), 8 U.S.C. § 1254a, for TPS-designated countries:

(1) *Ramos et al., v. Nielsen et al.*, No. 3:18-cv-1554, filed on March 12, 2018 in this district by TPS holders from El Salvador, Haiti, Nicaragua, and Sudan, and U.S. citizen-children of TPS holders from El Salvador and Haiti. The complaint alleges that defendants violated the equal protection guarantee of the Fifth Amendment, by discriminating on the basis of race, ethnicity, and national origin, and the Due Process Clause of the Fifth Amendment with respect to TPS decisions for El Salvador, Haiti, Nicaragua, and Sudan. The complaint also alleges that defendants violated the APA when terminating TPS for those countries.

(2) *NAACP v. U.S. Dep't of Homeland Sec. et al.*, No. 18-cv-00239-MJG, filed January 24, 2018 in the U.S. District Court for the District of Maryland, by plaintiff National Association for the Advancement of Colored People ("NAACP"). The complaint alleges that defendants violated the equal protection guarantee of the Fifth Amendment by discriminating on the basis of race, ethnicity, and national origin with respect to termination of TPS for Haiti.

(3) *Centro Presente et al. v. Donald Trump et al.*, No. 18-cv-10340, filed on February 22, 2018, in the U.S. District Court for the District of Massachusetts, by plaintiffs Centro Presente and TPS holders from El Salvador, Haiti, and Honduras. The complaint alleges that defendants violated the equal protection guarantee of the Fifth Amendment, by discriminating on the basis of race, ethnicity, and national origin, and the Due Process Clause of the Fifth Amendment with respect to TPS decisions for El Salvador, Haiti and Honduras. The complaint also alleges that

defendants violated the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701–706, when terminating TPS for those countries.

(4) *Saget et al. v. Trump et al.*, No. 1:18-cv-01599-WFK-ST, filed on May 31, 2018 in the U.S. District Court for the Eastern District of New York, by the Haitian newspaper Haïti Liberté, the Family Action Network Movement, Inc., and TPS holders from Haiti. The complaint alleges that defendants violated the equal protection guarantee of the Fifth Amendment, by discriminating on the basis of race, ethnicity, and national origin, and the Due Process Clause of the Fifth Amendment with respect to the TPS decision for Haiti. The complaint also alleges that defendants violated the APA, the Regulatory Flexibility Act, 5 US.C. §§ 601 et seq., and the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1254a(b)(1)(A-C).

(5) *Casa de Maryland, Inc. v. Trump et al.*, No. 8:18-cv-00845-GJH, filed on March 23, 2018 in the U.S. District Court for the District of Maryland, by Casa de Maryland and TPS holders from El Salvador. The complaint alleges that defendants violated the equal protection guarantee of the Fifth Amendment, by discriminating on the basis of race, ethnicity, and national origin, and the Due Process Clause of the Fifth Amendment with respect to the TPS decision for El Salvador. The complaint also alleges that defendants violated the APA and the INA.

The instant case alleges Fifth Amendment equal protection and APA claims by TPS recipients from Nepal and Honduras, and Fifth Amendment due process claims on behalf of U.S. citizen-children of TPS recipients from Nepal and Honduras. Multiple plaintiffs reside in this District.  This case thus is appropriately brought in this District and, for the reasons set forth in the concurrently-filed notice of related action, should be assigned to Judge Chen, who is overseeing *Ramos*, to avoid conflicts, conserve resources, and promote efficient resolution. L.R. 3-13(b)(3)(B).

Date:  February 11. 2019

Respectfully submitted,

SIDLEY AUSTIN LLP

/s/ *Alycia A. Degen*

Alycia A. Degen
Sean A. Commons
Tami Weerasingha-Cote
Ava Guo
Kimberly Leaman
Tyler Domino
Jon Dugan

ACLU OF SOUTHERN CALIFORNIA
Ahilan T. Arulanantham
Zoë N. McKinney

NATIONAL DAY LABORER ORGANIZING NETWORK
Jessica Karp Bansal
Emilou MacLean

ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES
Laboni Hoq
Christopher Lapinig
Michelle (Minju) Cho

ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS
Jingni (Jenny) Zhao
Winifred Kao

*Attorneys for Plaintiffs*