O AO 136 (Rev. 9/98) Certificate of Good Standing

UNITED STATES DISTRICT COURT

Eastern  **DISTRICT OF**  Virginia

**CERTIFICATE OF GOOD STANDING**

I, _Fernando Galindo_, Clerk of this Court,

certify that _Kimberly Ann Leaman_, Bar # 85925,

was duly admitted to practice in this Court on

_May 4, 2018_, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _Alexandria, VA_ on _May 4, 2018_.
LOCATION                                                      DATE

Fernando Galindo
*CLERK OF COURT*

*DEPUTY CLERK*