Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KESHAV BHATTARAI, et al.

Plaintiff(s),

v.

KIRSTJEN NIELSEN, et al.

Defendant(s).

Case No: 3:19-cv-00731

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ava Xiaoqing Guo, an active member in good standing of the bar of Washington, D.C., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: all named Plaintiffs in the above-entitled action. My local co-counsel in this case is Alycia A. Degen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1501 K ST NW Washington DC 20005 | 555 West Fifth Street, Suite 4000 Los Angeles, CA 90013 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (202) 736-8529 | (213) 896-6000 |
| My email address of record: | Local co-counsel's email address of record: |
| aguo@sidley.com | adegen@sidley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1027694.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/19/19

Ava Xiaoqing Guo
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Ava Xiaoqing Guo is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 19, 2019

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE