JOSEPH H. HUNT
Assistant Attorney General
Civil Division
JOHN R. TYLER
Assistant Branch Director.
ADAM KIRSCHNER (IL Bar # 6286601)
Senior Trial Counsel
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-9265
Fax: (202) 616-8460
Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>        Defendants. | Case No. 3:19-cv-00731-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that by this filing, undersigned attorney Adam Kirschner of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as counsel on behalf of Defendants in the above-captioned case.

Dated: March 4, 2019                    Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General
                                        Civil Division

|  |  |
|---|---|
| 1 | JOHN R. TYLER |
|  | Assistant Branch Director |
| 2 |  |
|  | */s/ Adam Kirschner* |
| 3 | ADAM KIRSCHNER (IL Bar # 6286601) |
| 4 | Senior Trial Counsel |
|  | 1100 L Street, NW |
| 5 | Washington, DC 20005 |
|  | Tel: (202) 353-9265 |
| 6 | Fax: (202) 616-8460 |
|  | Adam.Kirschner@usdoj.gov |

*Bhattarai, et al. v. Nielsen, et al.*, No. 3:19-cv-731
NOTICE OF APPEARANCE OF COUNSEL  - 2