Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org
Zoë N. McKinney, SBN 312877
zmckinney@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211/Fax: (213) 977-5297

Attorneys for Plaintiffs Keshav Bhattarai, et al.
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated.<br><br>*Plaintiffs*,<br><br>vs.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA<br><br>*Defendants.* | Case No.: 3:19-cv-00731-EMC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Date: June 12, 2019<br>Judge: Hon. Edward M. Chen |

ORDER ON WITHDRAWAL - CASE NO. 3:19-CV-00731-EMC

Additional Counsel for Plaintiffs

Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
Emilou MacLean, SBN 319071
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Layette Park Place
Los Angeles, CA 90057
Telephone: (213) 380-2214/Fax: (213) 380-2787

Alycia A. Degen, SBN 211350
adegen@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000/Fax: (213) 896-6600

Laboni Hoq, SBN 224140
lhoq@advancingjustice-la.org
Christopher Lapinig, SBN 322141
clapinig@advancingjustice-la.org
Michelle (Minju) Cho, SBN 321939
mcho@advancingjustice-la.org
ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES
1145 Wilshire Blvd., 2nd Floor
Los Angeles, CA 90017
Telephone: (213) 977-7500/Fax: (213) 977-7500

Jingni (Jenny) Zhao, SBN 284684
Jennyz@advancingjustice-alc.org
Winifred Kao, SBN 241473
winifredk@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701/Fax: (415) 896-1702

| | |
|---|---|
| 1 | Tami Weerasingha-Cote, SBN 995355 (Washington, D.C.) |
| 2 | tweerasi@sidley.com |
|   | Ava X. Guo, SBN 1027694 (Washington, D.C.) |
| 3 | aguo@sidley.com |
|   | Kimberly Leaman, SBN 85925 (Virginia) |
| 4 | kimberly.leaman@sidley.com |
|   | Tyler Domino, SRN 5614631 (New York) |
| 5 | tdomino@sidley.com |
|   | Jon Dugan, SBN 93480 (Virginia) |
| 6 | jdugan@sidley.com |
| 7 | SIDLEY AUSTIN LLP |
|   | 1501 K Street, NW |
| 8 | Washington D.C., 20005 |
|   | Telephone: (202) 736-8000/Fax: (202) 736-8711 |

1 Tami Weerasingha-Cote, SBN 995355 (Washington, D.C.)
tweerasi@sidley.com
2 Ava X. Guo, SBN 1027694 (Washington, D.C.)
aguo@sidley.com
3 Kimberly Leaman, SBN 85925 (Virginia)
kimberly.leaman@sidley.com
4 Tyler Domino, SRN 5614631 (New York)
tdomino@sidley.com
5 Jon Dugan, SBN 93480 (Virginia)
jdugan@sidley.com
6 SIDLEY AUSTIN LLP
1501 K Street, NW
7 Washington D.C., 20005
Telephone: (202) 736-8000/Fax: (202) 736-8711

1  PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject to the
2  Court's permission, Jon Dugan is withdrawing as counsel for Plaintiffs as he is leaving Sidley Austin
3  LLP.  Notice of Mr. Dugan's intent to withdraw has been provided to counsel for Defendants and
4  Plaintiffs.  The above-listed counsel from Sidley Austin LLP will continue to serve as counsel of
5  record for Plaintiffs, along with counsel of record from the ACLU Foundation of Southern
6  California, the National Day Laborer Organizing Network, and Asian Americans Advancing Justice.

Dated: June 12, 2019

By:  /s/ Jon Dugan
Jon Dugan SBN 93480 (*Virginia*)
jdugan@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
Telephone: (202) 736-8115
Facsimile: (202) 736-8711

Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons @sidley.com
SIDLEY AUSTING LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 (213) 896-6010
Facsimile: +1 (213) 896-6600

*Attorneys for Plaintiffs*