| | |
|---|---|
| 1 | Alycia A. Degen, SBN 211350 |
| 2 | adegen@sidley.com |
|   | Sean A. Commons, SBN 217603 |
| 3 | scommons@sidley.com |
|   | SIDLEY AUSTIN LLP |
| 4 | 555 West Fifth Street, Suite 4000 |
|   | Los Angeles, CA 90013 |
| 5 | Telephone: (213) 896-6000/Fax: (213) 896-6600 |
| 6 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated. | Case No.: 3:19-cv-00731-EMC |
| | **[PROPOSED] ORDER** |
| *Plaintiffs*, | |
| vs. | |
| KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA | |
| *Defendants.* | |

Jon Dugan seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a). As this Court finds Mr. Dugan has submitted satisfactory reasoning for withdrawal and that permitting his withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Jon Dugan is relieved as counsel for Plaintiffs in this proceeding.

Date: _____        _____
                                HON. EDWARD M. CHEN
                                United States District Judge