| | |
|---|---|
| 1 | Ahilan T. Arulanantham, SBN 237841 |
| 2 | aarulanantham@aclusocal.org |
|   | Zoë N. McKinney, SBN 312877 |
| 3 | zmckinney@aclusocal.org |
|   | ACLU FOUNDATION OF SOUTHERN CALIFORNIA |
| 4 | 1313 West 8th Street |
|   | Los Angeles, CA 9001 |
| 5 | Telephone: (213) 977-5211/Fax: (213) 977-5297 |
| 6 | Attorneys for Plaintiffs Keshav Bhattarai, et al. |
| 7 | *[Additional Counsel Listed on Next Page]* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated. | Case No.: 3:19-cv-00731-EMC |
| | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| | Date: July 31, 2019 |
| | Judge: Hon. Edward M. Chen |
| *Plaintiffs*, | |
| vs. | |
| KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA | |
| *Defendants*. | |

ORDER ON WITHDRAWAL - CASE NO. 3:19-CV-00731-EMC

Additional Counsel for Plaintiffs

Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
Emilou MacLean, SBN 319071
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Fayette Park Place
Los Angeles, CA 90057
Telephone: (213) 380-2214/Fax: (213) 380-2787

Alycia A. Degen, SBN 211350
adegen@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000/Fax: (213) 896-6600

Laboni Hoq, SBN 224140
lhoq@advancingjustice-la.org
Christopher Lapinig, SBN 322141
clapinig@advancingjustice-la.org
Michelle (Minju) Cho, SBN 321939
mcho@advancingjustice-la.org
ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES
1145 Wilshire Blvd., 2nd Floor
Los Angeles, CA 90017
Telephone: (213) 977-7500/Fax: (213) 977-7500

Jingni (Jenny) Zhao, SBN 284684
Jennyz@advancingjustice-alc.org
Winifred Kao, SBN 241473
winifredk@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701/Fax: (415) 896-1702

Tami Weerasingha-Cote, SBN 995355 (Washington, D.C.)
tweerasi@sidley.com
Ava X. Guo, SBN 1027694 (Washington, D.C.)
aguo@sidley.com
Kimberly Leaman, SBN 85925 (Virginia)
kimberly.leaman@sidley.com

ORDER ON WITHDRAWAL - CASE NO. 3:19-CV-00731-EMC

1  Tyler Domino, SRN 5614631 (New York)
   tdomino@sidley.com
2  SIDLEY AUSTIN LLP
   1501 K Street, NW
3  Washington D.C., 20005
   Telephone: (202) 736-8000/Fax: (202) 736-8711
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's permission, Tyler Domino is withdrawing as counsel for Plaintiffs because he is leaving Sidley Austin LLP.  Notice of Mr. Domino's intent to withdraw has been provided to counsel for Defendants and Plaintiffs.  The above-listed counsel from Sidley Austin LLP will continue to serve as counsel of record for Plaintiffs, along with counsel of record from the ACLU Foundation of Southern California, the National Day Laborer Organizing Network, and Asian Americans Advancing Justice.

Dated: July 31, 2019            By:    /s/ Tyler Domino
                                       Tyler Domino (SRN 5614631) (New York)
                                       tdomino@sidley.com
                                       SIDLEY AUSTIN LLP
                                       1501 K Street NW
                                       Washington, D.C. 20005
                                       Telephone: (202) 736-8000
                                       Facsimile: (202) 736-8711

                                       Alycia A. Degen (SBN 211350)
                                       adegen@sidley.com
                                       Sean A. Commons (SBN 217603)
                                       scommons@sidley.com
                                       SIDLEY AUSTING LLP
                                       555 West Fifth Street
                                       Los Angeles, CA 90013
                                       Telephone: +1 (213) 896-6010
                                       Facsimile: +1 (213) 896-6600

                                       *Attorneys for Plaintiffs*