1    Alycia A. Degen, SBN 211350
adegen@sidley.com
2    Sean A. Commons, SBN 217603
scommons@sidley.com
3    SIDLEY AUSTIN LLP
4    555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
5    Telephone: (213) 896-6000/Fax: (213) 896-6600

6    *Attorneys for Plaintiffs*

7               UNITED STATES DISTRICT COURT

8           NORTHERN DISTRICT OF CALIFORNIA

9

10   KESHAV BHATTARAI; SAJJAN         Case No.: 3:19-cv-00731-EMC
PANDEY; SUMNIMA THAPA; DONALDO
11   POSADAS CACERES; SORAYDA         **[PROPOSED] ORDER**
RODRIGUEZ MOTIÑO; DENIS MOLINA
12   CHAVEZ; S.S., individually and on behalf of
others similarly situated; and G.D.P.,
13   individually and on behalf of others similarly
situated.
14

15             *Plaintiffs*,

16      vs.

17   KIRSTJEN NIELSEN, in her official
capacity as Secretary of Homeland Security;
18   ELAINE C. DUKE, in her official capacity as
Deputy Secretary of Homeland Security;
19   UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; and UNITED
20   STATES OF AMERICA

21             *Defendants.*
22

23

24       Tyler Domino seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation

25   pursuant to Civil Local Rule 11-5(a). As this Court finds Mr. Domino has submitted satisfactory

26   reasoning for withdrawal and that permitting his withdrawal will not cause substantial prejudice

27

28

ORDER ON WITHDRAWAL - CASE NO. 3:19-CV-00731-EMC

1

2
or delay to any party, IT IS HEREBY ORDERED that Tyler Domino is relieved as counsel for

3
Plaintiffs in this proceeding.

4

5
Date: _____                            _____

HON.  EDWARD M. CHEN
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28