1  Ahilan T. Arulanantham, SBN 237841
   aarulanantham@aclusocal.org
2  Zoë N. McKinney, SBN 312877
   zmckinney@aclusocal.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, CA 9001
   Telephone: (213) 977-5211/Fax: (213) 977-5297
5
   Attorneys for Plaintiffs Keshav Bhattarai, et al.
6
   *[Additional Counsel Listed on Next Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br> vs.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>   Defendants. | Case No.: 3:19-cv-00731-EMC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Date: September 6, 2019<br>Judge: Hon. Edward M. Chen |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

Jessica Karp Bansal, SBN 277347
jbansal@ndlon.org
Emilou MacLean, SBN 319071
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Layette Park Place
Los Angeles, CA 90057
Telephone: (213) 380-2214/Fax: (213) 380-2787

Alycia A. Degen, SBN 211350
adegen@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000/Fax: (213) 896-6600

Laboni Hoq, SBN 224140
lhoq@advancingjustice-la.org
Christopher Lapinig, SBN 322141
clapinig@advancingjustice-la.org
Michelle (Minju) Cho, SBN 321939
mcho@advancingjustice-la.org
ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES
1145 Wilshire Blvd., 2nd Floor
Los Angeles, CA 90017
Telephone: (213) 977-7500/Fax: (213) 977-7500

Jingni (Jenny) Zhao, SBN 284684
Jennyz@advancingjustice-alc.org
Winifred Kao, SBN 241473
winifredk@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701/Fax: (415) 896-1702

Tami Weerasingha-Cote, SBN 995355 (Washington, D.C.)
tweerasi@sidley.com
Ava X. Guo, SBN 1027694 (Washington, D.C.)
aguo@sidley.com
Kimberly Leaman, SBN 85925 (Virginia)
kimberly.leaman@sidley.com

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's permission, Christopher M. Lapinig is withdrawing as counsel for Plaintiffs because he is leaving Asian Americans Advancing Justice – Los Angeles. Notice of Mr. Lapinig's intent to withdraw has been provided to counsel for Defendants and Plaintiffs. The above-listed counsel from Asian Americans Advancing Justice – Los Angeles will continue to serve as counsel of record for Plaintiffs, along with counsel of record from Sidley Austin LLP, ACLU Foundation of Southern California, and the National Day Laborer Organizing Network.

Dated: September 6, 2019  By:  /s/ Christopher M. Lapinig
Christopher M. Lapinig (SBN 322141)
clapinig@advancingjustice-la.org
ASIAN AMERICANS ADVANCING
JUSTICE – LOS ANGELES
1145 Wilshire Blvd., 2nd Floor
Los Angeles, CA 90017
Telephone: (213) 977-7500
Fax: (213) 977-7595

Laboni Hoq (SBN 224140)
lhoq@advancingjustice-la.org
Michelle (Minju) Cho (SBN 321939)
mcho@advancingjustice-la.org
ASIAN AMERICANS ADVANCING
JUSTICE – LOS ANGELES
1145 Wilshire Blvd., 2nd Floor
Los Angeles, CA 90017
Telephone: (213) 977-7500
Fax: (213) 977-7595

*Attorneys for Plaintiffs*