Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org
Zoë N. McKinney, SBN 312877
zmckinney@aclusocal.org
Jessica Karp Bansal, SBN 277347
jbansal@ aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 9001
Telephone: (213) 977-5211/Fax: (213) 977-5297

Attorneys for Plaintiffs Keshav Bhattarai, et al.
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated.<br><br>*Plaintiffs*,<br><br>vs.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA<br><br>*Defendants.* | Case No.: 3:19-cv-00731-EMC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Date: September 13, 2019<br>Judge: Hon. Edward M. Chen |

Additional Counsel for Plaintiffs

Emilou MacLean, SBN 319071
emi@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
674 S. La Layette Park Place
Los Angeles, CA 90057
Telephone: (213) 380-2214/Fax: (213) 380-2787

Alycia A. Degen, SBN 211350
adegen@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000/Fax: (213) 896-6600

Laboni Hoq, SBN 224140
lhoq@advancingjustice-la.org
Christopher Lapinig, SBN 322141
clapinig@advancingjustice-la.org
Michelle (Minju) Cho, SBN 321939
mcho@advancingjustice-la.org
ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES
1145 Wilshire Blvd., 2nd Floor
Los Angeles, CA 90017
Telephone: (213) 977-7500/Fax: (213) 977-7500

Jingni (Jenny) Zhao, SBN 284684
Jennyz@advancingjustice-alc.org
Winifred Kao, SBN 241473
winifredk@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701/Fax: (415) 896-1702

Ava X. Guo, SBN 1027694 (Washington, D.C.)
aguo@sidley.com
Kimberly Leaman, SBN 85925 (Virginia)
kimberly.leaman@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington D.C., 20005
Telephone: (202) 736-8000/Fax: (202) 736-8711

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's permission, Tami Weerasingha-Cote is withdrawing as counsel for Plaintiffs because she is leaving Sidley Austin LLP.  Notice of Ms. Weerasingha-Cote's intent to withdraw has been provided to counsel for Defendants and Plaintiffs.  The above-listed counsel from Sidley Austin LLP will continue to serve as counsel of record for Plaintiffs, along with counsel of record from the ACLU Foundation of Southern California, the National Day Laborer Organizing Network, and Asian Americans Advancing Justice.

Dated: September 13, 2019     By:   /s/ Tami Weerasingha-Cote
                                    Tami Weerasingha-Cote, SBN 995355
                                    (Washington, D.C.)
                                    tweerasi@sidley.com
                                    SIDLEY AUSTIN LLP
                                    1501 K Street NW
                                    Washington, D.C. 20005
                                    Telephone: (202) 736-8000
                                    Facsimile: (202) 736-8711

                                    Alycia A. Degen (SBN 211350)
                                    adegen@sidley.com
                                    Sean A. Commons (SBN 217603)
                                    scommons@sidley.com
                                    SIDLEY AUSTING LLP
                                    555 West Fifth Street
                                    Los Angeles, CA 90013
                                    Telephone: +1 (213) 896-6010
                                    Facsimile: +1 (213) 896-6600

                                    *Attorneys for Plaintiffs*

ORDER ON WITHDRAWAL - CASE NO. 3:19-CV-00731-EMC