Alycia A. Degen, SBN 211350
adegen@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone:  (213) 896-6000/Fax:  (213) 896-6600

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated.<br><br>*Plaintiffs*,<br><br>vs.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA<br><br>*Defendants*. | Case No.: 3:19-cv-00731-EMC<br><br>[PROPOSED] ORDER |

Tami Weerasingha-Cote seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a).  As this Court finds Ms. Weerasingha-Cote has submitted satisfactory reasoning for withdrawal and that permitting her withdrawal will not cause

ORDER ON WITHDRAWAL - CASE NO. 3:19-CV-00731-EMC

substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Ms. Weerasingha-Cote is relieved as counsel for Plaintiffs in this proceeding.

Date: 9/13/2019

_____
HON.  EDWARD M. CHEN
United States District Judge