
Case 3:19-cv-00731-EMC   Document 32   Filed 09/19/19   Page 1 of 4


Emilou MacLean (SBN 319071)
emi@ndlon.org
1030 South Arroyo Pkwy, Ste. 106
NATIONAL DAY LABORER
ORGANIZING NETWORK
Pasadena, CA 91105
Telephone: 929 375 1575

Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213 896 6010
Facsimile: 213 896 6600

Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
Jessica Karp Bansal (SBN 277347)
jbansal@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: 213 977 5211
Facsimile: 213 977 5297

Laboni Hoq (SBN 22410)
lhoq@advancingjustice-la.org
Michelle (Minju) Cho (SBN 321939)
ASIAN AMERICANS ADVANCING
JUSTICE-LOS ANGELES
1145 Wilshire Blvd., 2nd floor
Los Angeles, CA 90017
Telephone: 213 977 7500
Fax: 213 977 7500

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>Defendants. | Case No. 3:19-cv-731-EMC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Date: September 19, 2019<br><br>Judge: Hon. Edward M. Chen |

1
2   PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject
3   to the Court's permission, Emilou MacLean is withdrawing as counsel for Plaintiffs as
4   she has recently left the National Day Laborer Organizing Network. Notice of Ms.
5   MacLean's intent to withdraw has been provided to Plaintiffs and counsel for
6   Defendants. The remaining listed counsel, including the above-listed counsel, will
7   continue to serve as counsel of record for Plaintiffs and additional counsel from the
8   National Day Laborer Organizing Network will enter an appearance.
9
10  DATED this 19th day of September, 2019.
11                          Respectfully submitted,
12                              /s/  Emilou MacLean
    _____
    Emilou MacLean (SBN 319071)
13  emi@ndlon.org
    1030 South Arroyo Pkwy, Ste. 106
14  NATIONAL DAY LABORER ORGANIZING
    NETWORK
15  Pasadena, CA 91105
    Telephone: (929 375 1575
16
    Alycia A. Degen (SBN 211350)
17  adegen@sidley.com
    Sean A. Commons (SBN 217603)
18  scommons@sidley.com
    SIDLEY AUSTIN LLP
19  555 West Fifth Street
    Los Angeles, CA 90013
20  Telephone: 213 896 6010
    Facsimile: 213 896 6600
21
    Ahilan T. Arulanantham (SBN 237841)
22  aarulanantham@aclusocal.org
    Jessica Karp Bansal (SBN 277347)
23  jbansal@aclusocal.org
    ACLU FOUNDATION OF SOUTHERN
24  CALIFORNIA
    1313 West 8th Street
25  Los Angeles, CA 90017
    Telephone: 213 977 5211
26  Facsimile: 213 977 5297
27  Laboni Hoq (SBN 22410)
    lhoq@advancingjustice-la.org
28  Michelle (Minju) Cho (SBN 321939)
    ASIAN AMERICANS ADVANCING

JUSTICE-LOS ANGELES
1145 Wilshire Blvd., 2nd floor
Los Angeles, CA 90017
Telephone: 213 977 7500
Fax: 213 977 7500

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>    Defendants. | Case No. 3:19-cv-731-EMC<br><br>**[PROPOSED] ORDER** |

Emilou MacLean seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a). As this Court finds Ms. MacLean has submitted satisfactory reasoning for withdrawal and that permitting her withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Emilou MacLean is relieved as counsel for Plaintiffs in this proceeding.

Date: _____

HON. EDWARD M. CHEN
United States District Judge