Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org
Jessica Karp Bansal, SBN 277347
jbansal@aclusocal.org
Minju Cho, SBN 321939
mcho@aclusocal.org
Zoë N. McKinney, SBN 312877
zmckinney@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 9001
Telephone: (213) 977-5211/Fax: (213) 977-5297

Attorneys for Plaintiffs Keshav Bhattarai, et al.

*[Additional Counsel Listed on Next Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KESHAV BHATTARAI, et al.<br>Plaintiffs,<br>vs.<br>KIRSTJEN NIELSEN, et al.,<br>Defendants. | Case No.: 3:19-cv-00731-EMC<br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br>Date: October 31, 2019<br>Judge: Hon. Edward M. Chen |

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

Alycia A. Degen, SBN 211350
adegen@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000/Fax: (213) 896-6600

Laboni Hoq, SBN 224140
lhoq@advancingjustice-la.org
ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES
1145 Wilshire Blvd., 2nd Floor
Los Angeles, CA 90017
Telephone: (213) 977-7500/Fax: (213) 977-7500

Jingni (Jenny) Zhao, SBN 284684
Jennyz@advancingjustice-alc.org
Winifred Kao, SBN 241473
winifredk@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701/Fax: (415) 896-1702

Ava X. Guo, SBN 1027694 (Washington, D.C.)
aguo@sidley.com
Kimberly Leaman, SBN 85925 (Virginia)
Kimberly.leaman@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202)736-8000/Fax: (202)736-8711

Emilou MacLean, SBN 319071
emi@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
674 S. La Layette Park Place
Los Angeles, CA 90057
Telephone: (213) 380-2214/Fax: (213) 380-2787

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's permission, Laboni A. Hoq is withdrawing as counsel for Plaintiffs because she is leaving Asian Americans Advancing Justice – Los Angeles. Notice of Ms. Hoq's intent to withdraw has been provided to counsel for Defendants and Plaintiffs. The other above and below listed counsel will continue to serve as counsel of record for all Plaintiffs, including counsel of record from Asian Americans Advancing Justice – Asian Law Caucus, Sidley Austin LLP, ACLU Foundation of Southern California, and the National Day Laborer Organizing Network.

Dated: October 31, 2019 By: /s/ Laboni Hoq

Laboni Hoq (SBN 224140)
lhoq@advancingjustice-la.org
ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES
1145 Wilshire Blvd., 2nd Floor
Los Angeles, CA 90017
Telephone: (213) 977-7500
Fax: (213) 977-7595

*Attorneys for Plaintiffs*