Ahilan T. Arulanantham, SBN 237841
aarulanantham@aclusocal.org
Jessica Karp Bansal, SBN 277347
jbansal@aclusocal.org
Minju Cho, SBN 321939
mcho@aclusocal.org
Zoë N. McKinney, SBN 312877
zmckinney@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 9001
Telephone: (213) 977-5211/Fax: (213) 977-5297

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>Defendants. | Case No.: 3:19-cv-00731-EMC<br><br>[PROPOSED] ORDER |

Laboni A. Hoq seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a). As this Court finds Ms. Hoq has submitted satisfactory reasoning for withdrawal and that permitting her withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Laboni A. Hoq is relieved as counsel for Plaintiffs in this proceeding.

Date: October 31, 2019

_____
HON. EDWARD M. CHEN
United States District Judge

**NOTICE OF WITHDRAWAL OF COUNSEL**