Jessica Karp Bansal, SBN 277347
jbansal@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATE OF AMERICA<br><br>   *Defendants*. | Case No.  3:19-cv-00731-EMC<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>The Honorable Edward M. Chen |

PLEASE BE ADVISED that Jessica Bansal, counsel for Plaintiffs in the above captioned matter, makes the following changes to their contact information and respectfully requests that the docket be updated to reflect such changes. The new firm association, mailing address, telephone and email is as follows:

> Jessica Karp Bansal
> UNEMPLOYED WORKERS UNITED
> c/o Nepantla Strategies
> 1355 N. Mentor Ave. #40583
> Pasadena, CA 91104
> jessica.b@uwunited.org
> (818) 570-6731

March 15, 2022                                            Respectfully Submitted,

                                                          /s/ Jessica Bansal
                                                          Jessica Bansal