Jennifer Pasquarella, SBN 263241
jpasquarella@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATE OF AMERICA<br><br>*Defendants.* | Case No.  3:19-cv-00731-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>The Honorable Edward M. Chen |

PLEASE BE ADVISED that Jennifer Pasquarella of the ACLU Foundation of Southern California enters her appearance on behalf of Plaintiffs. The firm association, mailing address, telephone and email is as follows:

>   Jennifer Pasquarella
>   ACLU Foundation of Southern California
>   1313 W. 8th St.,
>   Los Angeles, CA 90017
>   jpasquarella@aclusocal.org
>   (213)977-5236

March 15, 2022                                  Respectfully Submitted,

                                                 /s/ Jennifer Pasquarella
                                                   Jennifer Pasquarella