1  AHILAN ARULANANTHAM (SBN 237849)
   arulanantham@law.ucla.edu
2  UCLA School of Law
   Center for Immigration Law and Policy
3  385 Charles Young Drive East
   Los Angeles, CA 90095
4  Tel: (310) 825-1029

5  *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C.DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATE OF AMERICA<br><br>*Defendants*. | Case No. 3:19-cv-00731-EMC<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>The Honorable Edward M. Chen |

PLEASE BE ADVISED that Ahilan Arulanantham, counsel for Plaintiffs in the above captioned matter, makes the following changes to their contact information and respectfully requests that the docket be updated to reflect such changes. The new firm association, mailing address, telephone and email is as follows:

>AHILAN ARULANANTHAM
>UCLA School of Law
>Center for Immigration Law and Policy
>385 Charles Young Drive East
>Los Angeles, CA 90095
>arulanantham@law.ucla.edu
>(310) 825-1029

Dated: March 16, 2022         Respectfully Submitted,

/s/ Ahilan Arulanantham
AHILAN ARULANANTHAM