Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
Marisol Ramirez (SBN 307069)
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010

Ahilan Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
UCLA CENTER FOR IMMIGRATION LAW
AND POLICY
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: +1 310 825 1029

Jessica Karp Bansal (SBN 277347)
jessica.b@uwunited.org
UNEMPLOYED WORKERS UNITED
1355 N. Mentor Ave, #40583
Pasadena, CA 91104
Telephone: +818-570-6731

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATE OF AMERICA<br><br>*Defendants*. | Case No. 3:19-cv-00731-EMC<br><br>**JOINT STATUS REPORT**<br><br>The Honorable Edward M. Chen |

*Additional Counsel for Plaintiffs*

Emilou MacLean (SB 319071)
emaclean@aclunc.org
William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: +1 415 621 2493
Fax: +1 415 863 7832

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1219
Facsimile: +1 415 772 7400

Jennifer Pasquarella (SBN 263241)
jpasquarella@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: +1 213-977-5236
Fax: +1 213 977 5297

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Adjunct Lecturer in Law
USC Gould School of Law*
University of Southern California
699 Exposition Boulevard
Los Angeles, CA 90089-0071
Telephone: +1 213 675 5957

Caleb Soto (SBN 315901)
csoto@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Pwy., Ste 106
Pasadena, CA 91105
Telephone: +1 626 799 3566

* *Institution listed for identification purposes only*

As ordered by the Court, Dkt. No. 38, the Parties hereby file this joint statement setting forth the current status of this action.

Pursuant to the Parties' stipulation, this action is stayed pending final disposition of Defendants' appeal of the preliminary injunction in *Ramos v. Nielson*, No. 18-01554 ["*Ramos* appeal"] or other order of this Court. Dkt. No. 23.

Defendants' *Ramos* appeal remains pending. On September 14, 2020, a divided panel of the Ninth Circuit vacated this court's preliminary injunction. ECF No. 96.[1] On November 30, 2020, the *Ramos* Plaintiffs filed a timely Petition for Panel Rehearing and Rehearing En Banc. ECF No. 102. On December 9, 2020, the Court of Appeals ordered Defendants to file a response, which Defendants did on January 14, 2021. ECF Nos. 103, 106. At the Parties' request, further proceedings on Plaintiffs' Petition for Panel Rehearing and Rehearing En Banc have been stayed and the *Ramos* appeal has been referred to the Ninth Circuit Mediation Program for settlement discussions. ECF No. 117. Negotiations remain active. *See, e.g.* ECF No. 140 (setting June 9, 2022 mediation conference). The Parties expect that if they are able to reach a settlement in the *Ramos* appeal, the agreement would encompass and resolve the claims in this action as well.

Dated: June 21, 2022                                    Respectfully submitted,

/s/ *Alycia A. Degen*
ALYCIA A. DEGEN
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
adegen@sidley.com

*Attorney for Plaintiffs*

/s/ *Adam D. Kirschner*
ADAM D. KIRSCHNER (Ill. Bar)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11020
Washington, DC 20530
Tel.:   (202) 353-9265
E-mail:  adam.kirschner@usdoj.gov

---

[1] "ECF" citations refer to the docket for the *Ramos* appeal.

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
1100 L Street NW, Room 11020
Washington, D.C. 20005

*Counsel for Defendants*

**CIVIL LOCAL RULE 5-1(h) ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), regarding signatures, Alycia A. Degen hereby attests that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated:  June 21, 2022                                                  */s/ Alycia A. Degen*