Zoe McKinney, SBN 312877
zmckinney@aclusocal.org
Jennifer Pasquarella, SBN 263241
jpasquarella@aclusocal.org
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA 1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Jessica Karp Bansal, SBN 277347
jessica.b@uwunited.org
UNEMPLOYED WORKERS UNITED
c/o Nepantla Strategies
1355 N. Mentor Ave. #40583
Pasadena, CA 91104
Telephone: (818) 570-6731
*Attorney for Plaintiffs*

[Additional Counsel Listed on Next Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C.DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATE OF AMERICA<br><br>*Defendants*. | Case No.  3:19-cv-00731-EMC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>The Honorable Edward M. Chen |

| | |
|---|---|
| 1 | Additional Counsel for Plaintiffs |
| 2 | Alycia A. Degen, SBN 211350<br>adegen@sidley.com |
| 3 | Sean A. Commons, SBN 217603<br>scommons@sidley.com |
| 4 | SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000 |
| 5 | Los Angeles, CA 90013<br>Telephone: (213) 896-6000/Fax: (213) 896-6600 |
| 6 | |
| 7 | Michelle (Minju) Cho, SBN 321939<br>mcho@advancingjustice-la.org |
| | ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES |
| 8 | 1145 Wilshire Blvd., 2nd Floor<br>Los Angeles, CA 90017 |
| 9 | Telephone: (213) 977-7500/Fax: (213) 977-7500 |
| 10 | Jingni (Jenny) Zhao, SBN 284684<br>jennyz@advancingjustice-alc.org |
| 11 | Winifred Kao, SBN 241473<br>winifredk@advancingjustice-alc.org |
| 12 | ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW<br>CAUCUS 55 Columbus Avenue |
| 13 | San Francisco, California 94111 |
| 14 | Ava X. Guo, SBN 1027694 (Washington, D.C.)<br>aguo@sidley.com |
| 15 | Kimberly Leaman, SBN 85925 (Virginia)<br>kimberly.leaman@sidley.com |
| 16 | SIDLEY AUSTIN LLP<br>1501 K Street, NW |
| 17 | Washington D.C., 20005<br>Telephone: (202) 736-8000/Fax: (202) 736-8711 |
| 18 | |
| 19 | Ahilan Arulanantham, SBN 237849<br>arulanantham@law.ucla.edu |
| 20 | UCLA School of Law<br>CENTER FOR IMMIGRATION LAW AND POLICY |
| 21 | 385 Charles Young Drive East<br>Los Angeles, CA 90095 |
| 22 | Tel: (310) 825-1029 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's permission, Zoe McKinney is withdrawing as counsel for Petitioner. Zoe McKinney is withdrawing as counsel for Plaintiffs because she is leaving the American Civil Liberties Union Foundation of Southern California. Notice of Ms. McKinney's intent to withdraw has been provided to counsel for Plaintiffs and counsel for Defendants. The above-listed counsel will continue to serve as counsel of record for Plaintiffs.

Dated:  August 15, 2022

>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA
>
>By: */s/ Zoe McKinney*
>
>Zoe McKinney
>*Attorney for Plaintiffs*

Zoe McKinney, SBN 312877
zmckinney@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C.DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATE OF AMERICA<br><br>*Defendants*. | Case No. 3:19-cv-00731-EMC<br><br>**[PROPOSED] ORDER**<br><br>The Honorable Edward M. Chen |

Zoe McKinney seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a). As this Court finds Ms. McKinney has submitted satisfactory reasoning for withdrawal and that permitting his withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Zoe McKinney is relieved as counsel for Plaintiffs in this proceeding.

Date: _____   _____

The Honorable Edward M. Chen