1  Zoe McKinney, SBN 312877
   zmckinney@aclusocal.org
2  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
3  Los Angeles, CA 90017
   Telephone: (213) 977-5236
4
   *Attorney for Plaintiffs*
5
                    UNITED STATES DISTRICT COURT
6
                   NORTHERN DISTRICT OF CALIFORNIA
7

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATE OF AMERICA<br><br>*Defendants*. | Case No.  3:19-cv-00731-EMC<br><br>[~~PROPOSED~~] ORDER<br><br>The Honorable Edward M. Chen |

1 | Zoe McKinney seeks to withdraw as counsel for Plaintiffs in the above-captioned
2 | litigation pursuant to Civil Local Rule 11-5(a). As this Court finds Ms. McKinney has submitted
3 | satisfactory reasoning for withdrawal and that permitting his withdrawal will not cause substantial
4 | prejudice or delay to any party, IT IS HEREBY ORDERED that Zoe McKinney is relieved as
5 | counsel for Plaintiffs in this proceeding.

Date: August 15, 2022

_____
The Honorable Edward M. Chen