1  Alycia A. Degen (SBN 211350)
   adegen@sidley.com
2  Sean A. Commons (SBN 217603)
   scommons@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone: +1 213 896 6010
5  Facsimile: +1 213 896 6600

6  Ahilan Arulanantham (SBN 237841)
   arulanantham@law.ucla.edu
7  UCLA CENTER FOR IMMIGRATION
   LAW AND POLICY
8  385 Charles E. Young Dr. East
   Los Angeles, CA 90095
9  Telephone: +1 310 825 1029

10 Jessica Karp Bansal (SBN 277347)
   jessica.b@uwunited.org
11 UNEMPLOYED WORKERS UNITED
   1355 N. Mentor Ave, #40583
12 Pasadena, CA 91104
   Telephone: +818-570-6731

13
   Attorneys for Plaintiffs
14 [*Additional Counsel Listed on Next Page*]

15

16 UNITED STATES DISTRICT COURT

17 NORTHERN DISTRICT OF CALIFORNIA

18 | KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,

Case No.  3:19-cv-00731-EMC

**JOINT STATUS REPORT AND JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**

*Plaintiffs*,

v.

The Honorable Edward M. Chen

KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATE OF AMERICA

*Defendants*.

*Additional Counsel for Plaintiffs*

| | |
|---|---|
| Emilou MacLean (SB 319071)<br>emaclean@aclunc.org<br>William S. Freeman (SBN 82002)<br>wfreeman@aclunc.org<br>ACLU FOUNDATION<br>OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: +1 415 621 2493<br>Fax: +1 415 863 7832 | Mark E. Haddad (SBN 205945)<br>markhadd@usc.edu<br>Adjunct Lecturer in Law<br>USC Gould School of Law*<br>University of Southern California<br>699 Exposition Boulevard<br>Los Angeles, CA 90089-0071<br>Telephone: +1 213 675 5957 |
| Nicole M. Ryan (SBN 175980)<br>nicole.ryan@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA 94104<br>Telephone: +1 415 772 1219<br>Facsimile: +1 415 772 7400 | Marisol Ramirez (SBN 307069)<br>marisol.ramirez@sidley.com<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: +1 213 896 6000<br>Facsimile: +1 213 896 6600 |
| Jennifer Pasquarella (SBN 263241)<br>jpasquarella@aclusocal.org<br>ACLU FOUNDATION<br>OF SOUTHERN CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: +1 213-977-5236<br>Fax: +1 213 977 5297 | Caleb Soto (SBN 315901)<br>csoto@ndlon.org<br>NATIONAL DAY LABORER<br>ORGANIZING NETWORK<br>1030 S. Arroyo Pwy., Ste 106<br>Pasadena, CA 91105<br>Telephone: +1 626 799 3566 |

*\* Institution listed for identification purposes only*

As ordered by the Court, Dkt. No. 40, the Parties hereby file this joint statement setting forth the current status of this action. The Parties also respectfully stipulate to continue the upcoming September 27 Status Conference to October 25, 2022.

As described in the Parties' June 21, 2022 Joint Status Report, Dkt. 39, this action is stayed pending final disposition of Defendants' appeal of the preliminary injunction in *Ramos v. Nielson*, No. 18-01554 ["*Ramos* appeal"] or other order of this Court. Dkt. No. 23.

Defendants' *Ramos* appeal remains pending and further proceedings in the appeal remain stayed pending settlement negotiations, which are ongoing. The Parties continue to expect that if they are able to reach a settlement in the *Ramos* appeal, the agreement would encompass and resolve the claims in this action as well. The next mediation conference is scheduled for October 11, 2022. Because the Parties do not expect any developments in this matter prior to the next mediation, they respectfully stipulate to continue the Status Conference currently scheduled for September 27, 2022 to October 25, 2022. The Parties' preference is to hold the Status Conference at 1:00pm, but they can also make themselves available at 2:30pm should the Court prefer.

Respectfully submitted,

/s/Alycia A. Degen
ALYCIA A. DEGEN
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600
adegen@sidley.com

*Attorney for Plaintiffs*

BRIAN M. BOYNTON

Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Adam D. Kirschner*
ADAM D. KIRSCHNER
IL Bar # 6286601
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-9265
Fax: (202) 616-8460
Email: adam.kirschner@usdoj.gov

Mailing Address
Post Office Box 883
Washington, D.C. 20044

Courier Address:
1100 L Street NW, Room 11020
Washington, D.C. 20005

*Attorneys for Defendants*

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, <u>Alycia A. Degen          </u> hereby attests that concurrence in the filing of this document has been obtained from counsel for <u>       Defendants     </u>.

<u>/s/  Alycia A. Degen                </u>

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Status Conference currently scheduled for September 27, 2022 is continued to October 25, 2022 at 1:00 PM.

Dated: _____                              _____

                                                      The Honorable Edward M. Chen

                                                      United States District Judge