Alycia A. Degen (SBN 211350)
adegen@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600

Ahilan Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
UCLA CENTER FOR IMMIGRATION
LAW AND POLICY
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: +1 310 825 1029

Jessica Karp Bansal (SBN 277347)
jessica.b@uwunited.org
UNEMPLOYED WORKERS UNITED
1355 N. Mentor Ave, #40583
Pasadena, CA 91104
Telephone: +818-570-6731

Attorneys for Plaintiffs
[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAV BHATTARAI; SAJJAN PANDEY; SUMNIMA THAPA; DONALDO POSADAS CACERES; SORAYDA RODRIGUEZ MOTIÑO; DENIS MOLINA CHAVEZ; S.S., individually and on behalf of others similarly situated; and G.D.P., individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; ELAINE C. DUKE, in her official capacity as Deputy Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATE OF AMERICA<br><br>*Defendants*. | Case No.  3:19-cv-00731-EMC<br><br>**JOINT STATUS REPORT**<br><br><br>The Honorable Edward M. Chen |

*Additional Counsel for Plaintiffs*

Emilou MacLean (SB 319071)
emaclean@aclunc.org
William S. Freeman (SBN 82002)
wfreeman@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: +1 415 621 2493
Fax: +1 415 863 7832

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Adjunct Lecturer in Law
USC Gould School of Law*
University of Southern California
699 Exposition Boulevard
Los Angeles, CA 90089-0071
Telephone: +1 213 675 5957

Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1219
Facsimile: +1 415 772 7400

Marisol Ramirez (SBN 307069)
marisol.ramirez@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Jennifer Pasquarella (SBN 263241)
jpasquarella@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: +1 213-977-5236
Fax: +1 213 977 5297

Caleb Soto (SBN 315901)
csoto@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Pwy., Ste 106
Pasadena, CA 91105
Telephone: +1 626 799 3566

*\* Institution listed for identification purposes only*

As ordered by the Court, the Parties hereby submit this Joint Status Report in advance of the December 13, 2022 Status Conference. Dkt. 48.

As described in the Parties' previous Joint Status Reports, Dkts. 39, 43, this action is stayed pending final disposition of Defendants' appeal of the preliminary injunction in *Ramos v. Nielson*, No. 18-01554 ["*Ramos* appeal"] or other order of this Court. The *Ramos* appeal remains pending. On September 14, 2020, a panel of the Ninth Circuit reversed this Court's preliminary injunction in *Ramos*. Plaintiffs subsequently filed a Petition for Panel Rehearing and Rehearing En Banc. On June 25, 2021, while that petition remained pending, the *Ramos* appeal was referred to the Ninth Circuit Mediation program for settlement discussions. The parties were unable to reach a settlement. On October 26, 2022, the appeal was released from the Mediation Program. ECF No. 150.[1] Plaintiffs' Petition for Panel Rehearing and Rehearing En Banc remains pending.

On November 16, 2022, DHS announced that, in order to ensure continued compliance with this court's preliminary injunction in *Ramos* and this court's order staying proceedings in this matter, it would continue through June 30, 2024 the Temporary Protected Status (TPS) and TPS-related documentation, including employment authorization documents (EADs) of beneficiaries under the existing TPS designations for El Salvador, Nicaragua, Honduras, and Nepal; the 2011 designation of Haiti; and the 2013 designation of Sudan. *See* Continuation of Documentation for Beneficiaries of Temporary Protected Status Designations for El Salvador, Haiti, Nicaragua, Sudan, Honduras, and Nepal, 87 Fed. Reg. 68717, Nov. 16, 2022. This continuation covers all TPS holders protected by this court's orders whose TPS has not been withdrawn for individual ineligibility under INA, section 244(c)(3).[2]

Respectfully submitted,

---

[1] "ECF" citations refer to the docket for the *Ramos* appeal.

[2] Haiti was newly designated for TPS on August 3, 2021. *See* Notice of Temporary Protected Status designation, 86 Fed. Reg. 41863, Aug. 3, 2021. Sudan was newly designated for TPS on April 19, 2022. *See* Notice of Temporary Protected Status Designation, 87 Fed. Reg. 23202, April 19, 2022. The continuation of TPS and specified TPS-related documentation in compliance with the *Ramos* preliminary injunction does not cover TPS holders who registered for the first time under these new designations.

/s/Alycia A. Degen
ALYCIA A. DEGEN
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600
adegen@sidley.com

*Attorney for Plaintiffs*

BRIAN M. BOYNTON

Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Adam Kirschner*
ADAM KIRSCHNER
IL Bar # 6286601
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-9265
Fax: (202) 616-8460
Email: adam.kirschner@usdoj.gov
Mailing Address
Post Office Box 883
Washington, D.C. 20044

Courier Address:
1100 L Street NW, Room 11020
Washington, D.C. 20005

*Attorneys for Defendants*

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, <u>Alycia A. Degen         </u> hereby attests that concurrence in the filing of this document has been obtained from counsel for <u>        Defendants       </u>.

<u>       /s/  Alycia A. Degen               </u>