1  Alycia A. Degen (SBN 211350)
   adegen@sidley.com
2  Sean A. Commons (SBN 217603)
   scommons@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone: +1 213 896 6010
5
   Ahilan Arulanantham (SBN 237841)
6  arulanantham@law.ucla.edu
   UCLA CENTER FOR IMMIGRATION LAW
7  AND POLICY
   385 Charles E. Young Dr. East
8  Los Angeles, CA 90095
   Telephone: +1 310 825 1029
9
   Jessica Karp Bansal (SBN 277347)
10 jessica.b@uwunited.org
   UNEMPLOYED WORKERS UNITED
11 1355 N. Mentor Ave, #40583
   Pasadena, CA 91104
12 Telephone: +818-570-6731
13 Attorneys for Plaintiffs
   [*Additional Counsel Listed on Next Page*]
14
15                    UNITED STATES DISTRICT COURT
16                    NORTHERN DISTRICT OF CALIFORNIA
17
18 KESHAV BHATTARAI; SAJJAN PANDEY;        Case No.  3:19-cv-00731-EMC
   SUMNIMA THAPA; DONALDO POSADAS
   CACERES; SORAYDA RODRIGUEZ             **JOINT STATUS REPORT**
19 MOTIÑO; DENIS MOLINA CHAVEZ; S.S.,
   individually and on behalf of others similarly
20 situated; and G.D.P., individually and on
   behalf of others similarly situated,
21
              *Plaintiffs*,                      The Honorable Edward M. Chen
22
          v.
23
   KIRSTJEN NIELSEN, in her official capacity
24 as Secretary of Homeland Security; ELAINE
   C.DUKE, in her official capacity as Deputy
25 Secretary of Homeland Security; UNITED
   STATES DEPARTMENT OF HOMELAND
26 SECURITY; and UNITED STATE OF
   AMERICA
27
              *Defendants.*
28

JOINT STATUS REPORT - CASE No. 3:19-cv-00731-EMC

1 | *Additional Counsel for Plaintiffs*

2 | Emilou MacLean (SB 319071)
emaclean@aclunc.org
3 | William S. Freeman (SBN 82002)
wfreeman@aclunc.org
4 | ACLU FOUNDATION
OF NORTHERN CALIFORNIA
5 | 39 Drumm Street
San Francisco, California 94111
6 | Telephone: +1 415 621 2493

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Adjunct Lecturer in Law
USC Gould School of Law*
University of Southern California
699 Exposition Boulevard
Los Angeles, CA 90089-0071
Telephone: +1 213 675 5957

7 | Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
8 | SIDLEY AUSTIN LLP
555 California Street
9 | Suite 2000
San Francisco, CA 94104
10 | Telephone: +1 415 772 1219

Marisol Ramirez (SBN 307069)
marisol.ramirez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

11 |

12 | Jennifer Pasquarella (SBN 263241)
jpasquarella@aclusocal.org
ACLU FOUNDATION
13 | OF SOUTHERN CALIFORNIA
1313 West 8th Street
14 | Los Angeles, CA 90017
Telephone: +1 213-977-5236

Caleb Soto (SBN 315901)
csoto@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Pwy., Ste 106
Pasadena, CA 91105
Telephone: +1 626 799 3566

15 |

16 |

17 |

18 | * *Institution listed for identification purposes only*

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1    As ordered by the Court, the Parties hereby submit this Joint Status Report in advance of the

2    February 21, 2023 Status Conference. Dkt. 50.

3    As described in the Parties' previous Joint Status Reports, Dkts. 39, 43, this action is stayed

4    pending final disposition of Defendants' appeal of the preliminary injunction in *Ramos v. Nielson*,

5    No. 18-01554 ["*Ramos* appeal"] or other order of this Court. The *Ramos* appeal remains pending. On

6    September 14, 2020, a panel of the Ninth Circuit reversed this Court's preliminary injunction in

7    *Ramos*. Plaintiffs subsequently filed a Petition for Panel Rehearing and Rehearing En Banc. On June

8    25, 2021, while that petition remained pending, the *Ramos* appeal was referred to the Ninth Circuit

9    Mediation program for settlement discussions. The parties were unable to reach a settlement. On

10   October 26, 2022, the appeal was released from the Mediation Program. ECF No. 150.[1] On February

11   10, 2023, the Ninth Circuit granted Plaintiffs' Petition for Rehearing En Banc and vacated the

12   September 14, 2020 panel opinion. ECF No. 153. En banc oral argument will take place the week of

13   June 20, 2023. ECF No. 154.

14   On November 16, 2022, DHS announced that, in order to ensure continued compliance with

15   this court's preliminary injunction in *Ramos* and this court's order staying proceedings in this matter,

16   it would continue through June 30, 2024 the Temporary Protected Status (TPS) and TPS-related

17   documentation, including employment authorization documents (EADs) of beneficiaries under the

18   existing TPS designations for El Salvador, Nicaragua, Honduras, and Nepal; the 2011 designation of

19   Haiti; and the 2013 designation of Sudan. *See* Continuation of Documentation for Beneficiaries of

20   Temporary Protected Status Designations for El Salvador, Haiti, Nicaragua, Sudan, Honduras, and

21   Nepal, 87 Fed. Reg. 68717, Nov. 16, 2022. This continuation covers all TPS holders protected by

22   this court's orders whose TPS has not been withdrawn for individual ineligibility under INA, section

23   244(c)(3).[2]

24

25   [1] "ECF" citations refer to the docket for the *Ramos* appeal.

26   [2] Haiti was newly designated for TPS on August 3, 2021. *See* Notice of Temporary Protected Status designation, 86 Fed. Reg. 41863, Aug. 3, 2021. Sudan was newly designated for TPS on April 19, 2022. *See* Notice of Temporary Protected Status Designation, 87 Fed. Reg. 23202, April 19, 2022.

27   The continuation of TPS and specified TPS-related documentation in compliance with the *Ramos* preliminary injunction does not cover TPS holders who registered for the first time under these new

28   designations.

1

2                                     Respectfully submitted,

3

4                                     /s/Alycia A. Degen
                                      ALYCIA A. DEGEN
5                                     SIDLEY AUSTIN LLP
                                      555 West Fifth Street
6                                     Los Angeles, CA 90013
                                      Telephone: +1 213 896 6010
7                                     Facsimile: +1 213 896 6600
                                      adegen@sidley.com
8

9                                     *Attorney for Plaintiffs*

10                                    BRIAN M. BOYNTON

11                                    Principal Deputy Assistant Attorney General

12

13                                    BRIGHAM J. BOWEN
                                      Assistant Branch Director

14                                    */s/ Christopher M. Lynch*
                                      CHRISTOPHER M. LYNCH
15                                    D.C. Bar No. 1049152
                                      Trial Attorney
16                                    United States Department of Justice
                                      Civil Division, Federal Programs Branch
17                                    1100 L Street, NW
                                      Washington, DC 20005
18                                    Tel: (202) 353-4537
                                      Fax: (202) 616-8470
19                                    Email: christopher.m.lynch@usdoj.gov

20                                    *Attorneys for Defendants*

21

22

23

24

25

26

27

28

JOINT STATUS REPORT - CASE NO. 3:19-cv-00731-EMC

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, <u>Alycia A. Degen</u>           hereby

attests that concurrence in the filing of this document has been obtained from counsel for

<u>      Defendants      </u>.

<u>/s/  Alycia A. Degen                </u>

JOINT STATUS REPORT - CASE NO. 3:19-cv-00731-EMC