**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date**: July 25, 2023      **Time**: 2:45 -2:51      **Judge**: EDWARD M. CHEN
6 minutes

**Case No.:** 3:18-cv-01554-EMC      **Case Name:** Ramos et al v. Nielsen et al
**Case No.:** 3:19-cv-00731-EMC      **Case Name:** Bhattarai et al v. Nielsen et al

**Attorney for Plaintiff:** Ahilan Arulanantham
**Attorneys for Defendant(s):** Zachary Avallone

**Deputy Clerk:** Vicky Ayala      **Court Reporter:** Elaine Cropper

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Status Conference – held.

**SUMMARY**

Parties stated appearances.

Plaintiff would like to amend their complaint from 2018 and then formally consolidate the two cases.  Defendant will wait until they see the amended complaint as they claim the current complaint is moot.

Court **ORDERED** parties to submit a schedule for the filing of the amended complaint, motion to dismiss, and consolidation of the two cases by Monday, 8/31/23.